1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7            SAN FRANCISCO DIVISION

8    AMY ELIAS,                              No. C 12-00777 RS

9              Plaintiff,
        v.                             **CASE MANAGEMENT**
10                                     **SCHEDULING ORDER**
     DIVERSIFIED COLLECTION SERVICES,
11   INC., et al.,

12             Defendants.
     _____/
13

14       Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management

15   Conference was held on June 7, 2012.  After considering the Joint Case Management Statement

16   submitted by the parties and consulting with the attorneys of record and good cause appearing, IT

17   IS HEREBY ORDERED THAT:

18       1.      DISCOVERY.  On or before January 23, 2013, all non-expert discovery shall be

19   completed by the parties.  Discovery shall be limited as follows:  (a) ten (10) non-expert

20   depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

21   subparts; (c) a reasonable number of  requests for production of documents or for inspection per

22   party; and (d) a reasonable number of requests for admission per party.

23       2.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case

24   Management Conference shall be held on **February 7, 2013 at 10:00 a.m.**, in Courtroom 3, 17th

25   Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The

     parties shall file a Joint Case Management Statement at least one week prior to the Conference.
26
         3.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
27
     Civil Local Rule 7.  All pretrial motions shall be heard no later than May 2, 2013.
28

4.     PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before June 13, 2013 counsel shall file a Joint Pretrial Statement.

5.     PRETRIAL CONFERENCE.  The final pretrial conference will be held on **June 27, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

6.     TRIAL DATE.   Trial shall commence on **July 8, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.


IT IS SO ORDERED.

Dated:  6/8/13                                           _____
                                                         RICHARD SEEBORG
                                                         UNITED STATES DISTRICT JUDGE

CASE MANAGEMENT SCHEDULING ORDER