# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

AMY ELIAS,

      Plaintiff,

  vs.

DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 - 10, inclusive,

      Defendants.

**Case No. 3:12-cv-00777-RS**

**Honorable Richard Seeborg**

**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS**

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff AMY ELIAS against Defendant DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 - 10, inclusive, are dismissed, with prejudice. Plaintiff AMY ELIAS and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:_ 3/12/13 _____

_____
District Court Judge
Northern District of California

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE